SOPHIA NICOLAI, Respondent, v. HULETT MOTOR CAR Co., INC., Appellant, and F. A. SMITH AUTO SALES CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.